# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# NORTHERN DISTRICT

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| v. : | CRIMINAL NO. 14-CR-00413 |
| **LATEEF FISHER,** : | |
| Defendant, : | |

...ooo0ooo...

## BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY

The United States of America, by its attorneys, Rod Rosenstein, United States Attorney for the District of Maryland, and Seema M. Mittal, Assistant United States Attorney, hereby files the following Bill of Particulars for Forfeiture of Property.

This Second Superseding Indictment seeks forfeiture pursuant to Title 21, United States Code, Section 846. The United States hereby gives notice that, in addition to property already listed in the forfeiture allegation of the Second Superseding Indictment, the United States is seeking forfeiture of the following additional property:

**$208,940 U.S. Currency** seized from DeAndrea Civil on September 5, 2014, at Greencastle Self-Storage, 137 Commerce Avenue, in Greencastle, Pennsylvania (Asset ID No. 14-DEA-603802)

**$40,408 U.S. Currency** seized from Lateef Roberto Fisher and DeAndrea Civil on September 5, 2014, at 1547 Paulmark Avenue, in Greencastle, Pennsylvania (Asset ID No. 14-DEA-603803)

**One 2009 Nissan Altima** seized from Lateef Roberto Fisher and DeAndrea Civil on September 5, 2014, at 1547 Paulmark Avenue, in Greencastle, Pennsylvania (Asset ID No. 14-DEA-604148)

**One 2007 Infiniti G35x** seized from Lateef Roberto Fisher and DeAndrea Civil on September 5, 2014, at 1547 Paulmark Avenue, in Greencastle, Pennsylvania (Asset ID No. 14-DEA-605389)

This 24th day of March, 2015.

        Respectfully submitted,

        Rod J. Rosenstein
        United States Attorney

By:   /s/
        Seema M. Mittal
        Assistant United States Attorney
        36 South Charles Street
        Fourth Floor
        Baltimore, Maryland 21201
        (410) 209-4800